# EXHIBIT B



## USE OF A FILTER TEAM

▪ Members of the filter team are not part of the investigation/prosecution team and never will be so in the future. The filter team will include:

    a. An AUSA from the United States Attorney's Office for the District of Massachusetts (filter team attorney);

▪

    b. A legal assistant from the United States Attorney's Office for the District of Massachusetts; and

    c. FBI Special Agents.

■ The filter team attorney shall be responsible for documenting actions and decisions of the filter team (*e.g.*, in a log), including but not limited to: a chain of custody for items being searched; a chain of custody for relevant material reviewed pursuant to the procedures set forth below; categorization of relevant material as described below; determinations by the court, if any; and chain of custody of material and items returned to defense counsel, if any.

■ The filter team shall not disclose the contents of any potentially protected material to any member of the investigation/prosecution team except as provided below. "Protected" material includes attorney-client privileged communications and attorney work product information.

■ The filter team may ask O'DONOVAN or counsel for O'DONOVAN whether a seized electronic storage device, file, or email account contains protected material, but regardless will independently assess whether the material is potentially protected material in accordance with the paragraphs below. Because the filter team may have concerns about whether O'DONOVAN has conflicts with his clients, the filter team will not turn over any material it deems Privilege Review Material (as defined below) to the investigation/prosecution team unless and until the Court has determined that the filter team may do so. The filter team might also petition the Court at a later date for permission to seek voluntary and knowing privilege waivers from O'DONOVAN's clients.

■

- ■ The filter team shall err on the side of caution and treat any questionable items as potentially protected materials. In addition, the filter team shall treat as potentially protected any text, voicemail, letter, e-mail, memorandum, or other document containing a communication between O'DONOVAN (or his agents) and one of his clients, including Theory and its CEO, Brandon Pollock, or that otherwise references or reflects attorney advice.

- ■ Filter team members also should be familiar with the legal elements of the attorney-client privilege and the attorney work product doctrine.

- ■ Consultation with investigative agents and/or prosecutors: During the review process, the filter team may rely on descriptions from the investigative agents and/or prosecutors concerning the facts of the investigation, and the scope of the warrant, to assist in its determinations as to the seizure of any document, file, or item, or any other legal question. However, members of the filter team shall not disclose the substance of any Privilege Review Material (as defined below) to any member of the investigation/prosecution team except in accordance with the procedures below.

- ■ Except as provided below for redacted material, the filter team attorney shall place all material determined to be privileged or work product protected (protected material) into a secure container marked "protected information," and return it to counsel for the defendant/target or segregate it, as appropriate. The filter team attorney shall maintain an electronic or manual log detailing the nature of the materials returned or segregated, and the process by which protected materials were stored, protected, and/or returned to defense counsel.

- ■ The forensic examiner/computer technician will provide responsive materials and/or segregate information at the request of the investigation/prosecution team and/or filter team but will not engage in any substantive review of the materials. Any determinations made

■

about what may or may not be provided to the investigation/prosecution team must be made by the filter team members. Forensic examiners/computer technicians shall not share or discuss what they learn with anyone outside the team for which they are working on a particular matter, and shall be instructed to refrain from discussing the substance of the materials reviewed with the investigation/prosecution team, unless approved by the filter team attorney.

- ██ Items to be reviewed: The filter team will review all responsive seized material except that which could not contain protected material (*e.g.*, firearms, narcotics, folders or files containing only child pornography).

- ██ The filter team attorney, with assistance from other members of the filter team, will review the material to identify all protected and potentially protected materials on the electronic storage device.

- ██ After the filter team has located all protected and potentially protected files on the electronic storage device, the forensic examiner/computer technician then will either (1) create a new image of the electronic storage device that does not contain any protected or potentially protected information, or (2) place the files that do not contain any protected or potentially protected information on a new digital media (*e.g.*, a DVD) (collectively New Media). The forensic examiner/computer technician then will provide the New Media to the investigation/prosecution team and work with them to locate material on the New Media that is responsive to the search warrant.

- ██ For that protected and potentially protected material that is responsive to the search warrant, the filter team attorney will segregate it into four categories: (1) not protected; (2) protected and cannot be redacted; (3) protected but can be redacted; and (4) potentially protected (*e.g.*, government does not have sufficient information to make that determination, or

██

an exception to the applicable protection, such as crime-fraud or waiver by disclosure to a third party, may apply). The filter team attorney will submit a copy of the material in categories 3 (with proposed redactions) and 4 (collectively Privilege Review Material), along with the bases for determinations that any potentially protected materials are subject to an exception, to the Court, along with a log,[10] for determinations regarding protection and/or proposed redactions of the material.

■ The filter team attorney only will provide Privilege Review Material to the investigation/prosecution team if the court has ruled that the filter team attorney may provide the item to the investigation/prosecution team.

■ No member of the filter team shall disclose the contents of any Privilege Review Material retrieved from the electronic storage device to members of the investigation/prosecution team except in accordance with the provisions directly above.

---

[10] The log shall include the file name, the type of file, the file date, the creation date, the medium on which the file is located, the sender and recipient (if applicable), and the subject matter.

■