UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> THE PERSON OF SEAN T. O'DONOVAN ) | No. 22-MJ-1000 |

**JOINT MOTION TO ISSUE PROPOSED ORDER DEFERING RULING AS TO THE APPLICABILITY OF THE ATTORNEY-CLIENT PRIVILEGE**

The parties jointly request this Honorable Court to issue the Proposed Order, attached hereto as Exhibit 1, deferring any ruling as to the applicability of the attorney-client privilege with respect to emails flagged as potentially privileged unless and until either party alerts the Court as to the potential relevance of any such communication.

As grounds reasons therefore, the parties state that a government taint reviewer marked a relatively large number of potentially privileged emails where it is unclear whether Mr. O'Donovan was acting in a legal or business capacity. The government's taint reviewer also concluded that the marked emails are facially not relevant to any issue in this case. Due to the nature of the communications, reaching final determinations as to the applicability of the privilege will require a complex assessment of the purpose of each communication and Mr. O'Donovan's role in it. Accordingly, the parties respectfully request this Honorable Court to enter the attached Proposed Order deferring such ruling until such determinations can be made.

**WHEREFORE**, the parties respectfully request this Honorable Court to issue the Proposed Order, attached hereto as Exhibit 1.

        Respectfully Submitted,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

Dated: June 22, 2023

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, June 22, 2023 a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg